AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

ALLEN C. ELIASON

V.

UNITED STATES OF AMERICA

SUMMONS IN A CIVIL CASE

CASI

Case: 1:07-cv-02321
Assigned To : Huvelle, Ellen S.
Assign. Date : 12/21/2007
Description: Pro Se General Civil

TO: (Name and address of Defendant)

U.S. ATTORNEY
501 3RD. ST. N.W.
WASHINGTON, D.C. 20001

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF' PRO SE (name and address)

ALLEN C. ELIASON
1454 ARONA STREET
ST. PAUL, MINNESOTA
55108

an answer to the complaint which is served on you with this summons, within __60__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

RECEIVED

JAN 2 2 2008

NANCY MAYER-WHITTINGTON

DEC 2 1 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

CLERK

DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | Jan 16-08 |
| NAME OF SERVER (PRINT)  BILL WHISLER | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☑ Other (specify): USPS — REG. MAIL RA530744139US

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   Jan 16-08
                      Date                    Signature of Server

Address of Server: 1635 Prea Blvd, Bittlesnit, NV. 89820

---

**Registered No.** RA530744139US

| Reg. Fee | $9.50 | | |
|---|---|---|---|
| Handling Charge | $0.00 | Return Receipt | $0.00 |
| Postage | $4.60 | Restricted Delivery | $0.00 |

Date Stamp: JAN 16 2008  01/16/08

Received by

Customer Must Declare Full Value $ $0.00

☐ With Postal Insurance
☐ Without Postal Insurance

Domestic Insurance up to $25,000 is included in the fee. International Indemnity is limited. (See Reverse).

OFFICIAL USE

FROM:
BILL WHISLER
1635 Prea Blvd
Bittlesnit Nevada 89820
89820

TO:
JEFFERY TAYLOR
555 4th St.
Washington, DC
20530

PS Form 3806, Receipt for Registered Mail    Copy 1 - Customer
May 2004 (7530-02-000-9051)                  (See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com®

.



**Home** | **Help**

**Track & Confirm**

## Track & Confirm

### Search Results

Label/Receipt Number: **RA53 0744 139U S**
Status: **Delivered**

Your item was delivered at 4:50 AM on January 23, 2008 in WASHINGTON, DC 20530.

( Additional Details > )  ( Return to USPS.com Home > )

**Track & Confirm**

Enter Label/Receipt Number.

### Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email.  ( Go > )

---

Site Map    Contact Us    Forms    Gov't Services    Jobs    Privacy Policy    Terms of Use    National & Premier Accounts

**Copyright© 1999-2007 USPS. All Rights Reserved.**    No FEAR Act EEO Data    FOIA