IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ALLEN C. ELIASON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:07-cv-02321 (ESH) |
| | ) | |
| UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

### NOTICE OF APPEARANCE

Please enter my appearance as attorney for the United States in the above-captioned proceeding.

DATE: March 28, 2008.

                                            Respectfully submitted,

                                            /s/ Yonatan Gelblum
                                            YONATAN GELBLUM
                                            Trial Attorney, Tax Division
                                            U.S. Department of Justice
                                            Post Office Box 227
                                            Washington, DC  20044
                                            Phone/Fax:  (202) 305-3136/514-6866
                                            Email: Yonatan.Gelblum@usdoj.gov
                                            Bar No. CA 254297

OF COUNSEL:
JEFFREY A. TAYLOR
United States Attorney

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| ALLEN C. ELISAON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   No. 1:07-cv-02321 (ESH) |
| | ) |
| UNITED STATES, | ) |
| | ) |
| Defendant. | ) |

CERTIFICATE OF SERVICE

IT IS CERTIFIED that the foregoing NOTICE OF APPEARANCE was caused to be served upon plaintiff *pro se* on the 28th day of March, 2008, by depositing a copy in the United States' mail, postage prepaid, addressed as follows:

> ALLEN C. ELIASON
> 1454 Arona Street
> St. Paul, Minnesota 55108

/s/ Yonatan Gelblum
YONATAN GELBLUM

3158766.1