UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ALLEN C. ELIASON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 07-2321 (ESH) |
| | ) | |
| UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER

For the reasons set forth in the opinion accompanying this Order, defendant's motion to dismiss [Dkt. 5] is **GRANTED**; and it is hereby

**ORDERED** that this case is dismissed. Counts 1-19 are dismissed with prejudice.

/s/
ELLEN SEGAL HUVELLE
United States District Judge

DATE:   April 30, 2008