RECEIVED
MAY - 1 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# United States District Court
## IN THE DISTRICT OF COLUMBIA

Allen C. Eliason

      Plaintiff(s),           Case No. 1:07-cv-02321 (ESH)

v.

UNITED STATES OF AMERICA

      Defendant.

## MOTION FOR ENLARGEMENT OF TIME

Plaintiff moves the Court for an enlargement of time to respond to the courts order to file a response to motion to dismiss. Defendant has raised numerous grounds for dismissal, and Plaintiff, untrained in law, needs additional time to fully and adequately respond to each ground set forth in defendants motion.

Plaintiff believes that an enlargement of 30 days from the date shown below will be sufficient.

Dated: 4-29- , 2008

*Allen C. Eliason*
Allen C. Eliason

## CERTIFICATE OF SERVICE

I certify that I have served a copy of the forgoing on defendant's attorney at his/her address of record.

Dated  4-29 , 2007

*Allen C. Eliason*
Allen C. Eliason